

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00237-CR

LINDA KAY PHARIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2
Parker County, Texas
Trial Court No. CCL1-11-0776

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Linda Kay Pharis was convicted in a Parker County[1] jury trial of nine offenses of cruelty to a livestock animal. She has appealed from each conviction. The cases were tried together, and a consolidated brief was filed raising the same issues as to each appeal. There are no distinctions among the appeals. For the reasons set out in our opinion of this date in cause number 06-13-00234-CR, we likewise modify the judgment to remove the "day by day" language and otherwise affirm her conviction in this appeal.

We affirm the judgment, as modified.


Josh R. Morriss, III
Chief Justice


Date Submitted:      May 29, 2014
Date Decided:        June 17, 2014

Do Not Publish

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.